

No. 17–0164/AR.  U.S. v. Corey J. Brookshire.  CCA 20160332.  In the above referenced cases, on further consideration of the granted issues, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 17–0173/AR.  U.S. v. Patrick Podobnik.  CCA 20150692.  In the above referenced cases, on further consideration of the granted issue, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 17–0148/AF.  U.S. v. Stephan H. Claxton.  CCA 38188.  On consideration of Appellant's motion to close the courtroom for oral argument and the response of the

government not opposing said motion, it is ordered that said motion is hereby denied. All parties will refer to the second confidential informant as "CI2" if necessary to the presentation of counsel's oral argument on the assigned issue. The Clerk is directed to seal Appellant's reply brief.

Friday, May 5, 2017

No. 17–0307/AR. Robert B. Bergdahl v. Jeffrey R. Nance and United States. CCA 20170114. No. 17–0307/AR. Robert B. Bergdahl, Appellant v. Jeffrey R. Nance, Colonel, J.A. Military Judge, and United States, Appellees. CCA 20170114. On consideration of the writ-appeal petition and the motion of Former Federal Judges to file an *amicus* brief, it is ordered that said motion is hereby denied, and that said writ-appeal petition is hereby denied.

No. 17–0083/AR. U.S. v. Thomas L. Humburd, Jr. CCA 20150214. In the above referenced cases, on further consideration of the granted issues, and in view of